

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00272-CV

**TAURUS BROWN,**

**Appellant**

 **v.**

**GENNIE JONES,**

**Appellee**

**From the County Court
Walker County, Texas
Trial Court No. 108S1268**

## MEMORANDUM OPINION

Appellant Taurus Brown brings this restricted direct appeal from the Walker County justice court's dismissal of his civil suit. We notified Brown that this cause was subject to dismissal for want of jurisdiction, and we requested but did not receive a timely response from Brown showing grounds for continuing the appeal.

We plainly lack jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.001 (Vernon 2008) (providing for appeal from justice court to county or district court); *Texas*

*Elevator Co. v. Concord Elevator Co.,* 982 S.W.2d 578 (Tex. App.—Dallas 1998, no pet.).

This appeal is dismissed. TEX. R. APP. P. 42.3(a).

PER CURIAM

Before Chief Justice Gray,
     Justice Vance, and
     Justice Reyna
Appeal dismissed
Opinion delivered and filed October 29, 2008
[CV06]